1  JAMES A. SHORE (State Bar No. 129083)
   E-Mail:      *jshore@sideman.com*
2  IAN K. BOYD (State Bar No. 191434)
   E-Mail:      *iboyd@sideman.com*
3  ANNA P. CHANG (State Bar No. 301468)
   E-Mail:      *achang@sideman.com*
4  SIDEMAN & BANCROFT LLP
5  One Embarcadero Center, Twenty-Second Floor
   San Francisco, California 94111-3711
6  Telephone:    (415) 392-1960
7  Facsimile:    (415) 392-0827

8  Attorneys for Plaintiff
   OPERATING ENGINEERS LOCAL UNION NO. 3
9

10              **UNITED STATES DISTRICT COURT**

11             **NORTHERN DISTRICT OF CALIFORNIA**

12                  **OAKLAND DIVISION**

13

14  OPERATING ENGINEERS LOCAL UNION          Case No. 4:18-cv-04989 KAW
    NO. 3, an unincorporated association,
15                                           **PLAINTIFF'S REQUEST FOR ENTRY**
                                             **OF DEFAULT AGAINST DEFENDANT**
16              Plaintiff,                   **OFFICE SOLUTION TECHNOLOGIES,**
                                             **LLC**
17         v.

18  SCOTT WILSON, an individual, MIRIAM
    WILSON, an individual, OFFICE SOLUTION
19  TECHNOLOGIES, LLC, a Wyoming limited
    liability company, DENNIS KELSEY, an
20  individual, RICHARD KORN, an individual,
    RAMY ENTERPRISES, LLC, a South
21  Carolina limited liability company, RICARDO
    VALENCIA, an individual personally d/b/a
22  TECHNICAL SOLUTIONS, and EUGENE
    ROMERO, an individual,
23
24              Defendants.
25

26

27

28

LAW OFFICES
SIDEMAN & BANCROFT LLP
ONE EMBARCADERO CENTER, 22ND FLOOR
SAN FRANCISCO, CALIFORNIA 94111-3711

1    TO THE CLERK OF THE ABOVE-TITLED COURT:

2         Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, Plaintiff Operating

3    Engineers Local Union No. 3 ("OE3") hereby requests that the Clerk of this Court enter a default

4    against Defendant Office Solution Technologies, LLC ("OST") in this matter because OST has

5    failed to respond to OE3's Complaint within the time prescribed by the Federal Rules of Civil

6    Procedure.

7         The deadline for OST to respond to OE3's Complaint has passed. *See* Declaration of Anna

8    Chang ("Chang Decl.") in Support of Plaintiff's Request for Entry of Default, ¶ 5.  OST, which is

9    located in Wyoming, registered to do business in California in 2014. *Id.* at ¶ 2, Ex. A.  However,

10   OST subsequently forfeited its registration to do business in California prior to OE3's filing of its

11   Complaint. *Id.*  OE3 therefore served OST on Corporate Agents, LLC—OST's agent for service

12   of process as reflected in OST's Wyoming business registration—pursuant to Rule 4(h)(1)(A) of

13   the Federal Rules of Civil Procedure (authorizing service following state law in the state where

14   service occurs) and Rule 4(h)(2) of the Wyoming Rules of Civil Procedure (authorizing service of

15   process by delivery to the agent for service of process or by leaving a copy of the summons and

16   complaint at the usual place of business with any employee then in charge thereof) on August 17,

17   2018. *Id.* at ¶¶ 3–4; Dkt. No. 12.  OST's deadline to respond to OE3's Complaint was September

18   7, 2018.  *See* Fed. R. Civ. P. 12(a) (requiring a response to a complaint to be filed within 21 days

19   of service); Chang Decl., ¶ 5.  As of the date of this request, OST has not answered, or responded

20   to, OE3's Complaint.  Chang Decl., ¶ 5.  OST is not a minor or incompetent person. *Id.*  Entry of

21   default against OST is therefore proper per Rule 55(a).

22   DATED: October 8, 2018                    Respectfully submitted,

23                                             SIDEMAN & BANCROFT LLP

24

25                                             By:      /s/ Anna P. Chang
                                                    Anna P. Chang
26                                                  Attorneys for Plaintiff
                                                    OPERATING ENGINEERS LOCAL UNION NO.
27                                                  3

28

LAW OFFICES
SIDEMAN & BANCROFT LLP
ONE EMBARCADERO CENTER, 22ND FLOOR
SAN FRANCISCO, CALIFORNIA 94111-3711